IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PATRICK B. KOMESHAK, d/b/a KOMESHAK
CHIROPRACTIC, and DALE FISCHER, D.C.,
d/b/a LEBANON CHIROPRACTIC,
individually and on behalf of others
similarly situated,

Plaintiffs,

v.

CONCENTRA, INC.,

Defendant and
Third-Party Plaintiff,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK) and
THE AMERICAN NATIONAL RED CROSS,

Third-Party Defendants.                                          No. 05-CV-261-DRH

_____

RICHARD COY, D.C., COY CHIROPRACTIC
HEALTH CENTER, INC., and THOMAS L.
KALTENBRONN, D.C., individually and
on behalf of others similarly situated,

Plaintiffs,

v.

FOCUS HEALTHCARE MANAGEMENT, INC.,

Defendant and
Third-Party Plaintiff,

**v.**

**NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK) and
THE AMERICAN NATIONAL RED CROSS,**

**Third-Party Defendants.**                                   **No. 05-CV-349-GPM**

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

The Court takes up this matter for purposes of docket control. In the Consolidation Order of August 1, 2005, Party Thomas L. Kaltenbronn, LLC, was unintentionally omitted in setting forth the alignment of the Parties. Therefore, the Court **CLARIFIES** that upon consolidation of the above captioned cases the Parties shall be aligned as follows:

> Plaintiffs: Patrick B. Komeshak, d/b/a Komeshak Chiropractic, Dale Fisher, D.C., d/b/a Lebanon Chiropractic, Richard Coy, D.C., Coy Chiropractic Health Center, Inc., and **Thomas L. Kaltenbronn, LLC**.
>
> Defendants/Third-Party Plaintiffs: Concentra Inc., and Focus Healthcare Management, Inc.
>
> Third-Party Defendants: National Railroad Passenger Corporation (AMTRAK) and The American National Red Cross.

Again, should any Party object to the above alignment of the Parties, he/it should give notice to the Court of such objection by Friday, August 19, 2005.

**IT IS SO ORDERED.**

Signed this 16th day of August, 2005.

/s/     David RHerndon
**United States District Judge**

2